UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JESUS MOJICA,

       Plaintiff,

v.                                4:11cv485-WS

STATE OF FLORIDA,
DEPARTMENT OF REVENUE,

       Defendant.

_____

ORDER OF DISMISSAL

      The court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

      1.  This cause is hereby DISMISSED WITH PREJUDICE AND WITHOUT TAXATION OF COSTS.

      2.  The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

      3.  In the event settlement is not consummated for any reason, the court reserves jurisdiction, upon motion filed by any party, within sixty (60) days after the date hereof, to amend, alter, or vacate and set aside the judgment of dismissal.

      DONE AND ORDERED this    21st    day of    June   , 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE