UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESUS MOJICA,

    VS                              CASE NO.  4:11-cv-00485-WS-CAS

STATE OF FLORIDA DEPARTMENT
OF REVENUE,

**JUDGMENT**

All claims are dismissed with prejudice.

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

June 21, 2013                      s/ Tiffinie Larkins
DATE                                  Deputy Clerk: Tiffinie Larkins